*Ellsworth Van Graafeiland* for appellant.

*G. Sydney Shane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY ELAIR RODENBACH and FREDERICK GEORGE FACER, Appellants.

Argued April 20, 1954; decided May 20, 1954.

*Millard J. Noonan* for appellants.

*Frank A. Pfalzer, Milton E. Kaeslau* and *Joseph W. Kirkpatrick* for Dennis E. Ahern and others, *amici curiæ,* in support of appellants' position.

*John F. Dwyer, District Attorney (Robert A. Burrell* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.